IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03201-RPM

GRANGE INSURANCE ASSOCIATION,

      Plaintiff,

v.

KEN'S ELECTRIC, LLC,

      Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

      The unopposed motion to reschedule the March 26, 2013, scheduling conference is granted.  The conference is **rescheduled for April 2, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed scheduling order must be submitted in paper form directly to chambers on or before **March 28, 2013.**

DATED: February 8, 2013