IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03201-RPM

GRANGE INSURANCE ASSOCIATION,

    Plaintiff,

v.

KEN'S ELECTRIC, LLC,

    Defendant.
_____

ORDER DENYING MOTION TO DISMISS
_____

Upon review of the Motion Incorporating Authority to Dismiss Complaint for Failure to Timely File Certificate of Review [13] filed March 20, 2013, it is

ORDERED that the motion is denied.

Dated: March 21st, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge