IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03201-RPM

GRANGE INSURANCE ASSOCIATION, a Washington corporation,

    Plaintiff,

v.

KEN'S ELECTRIC, LLC, a Colorado limited liability company,

    Defendant.

_____

ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER
_____

    After review of the defendant's Unopposed Motion for Leave to File Amended Answer, filed July 1, 2013 [19], it is

    ORDERED that the motion is granted and the Amended Answer attached as Exhibit A [19-1] is filed as of today's date.

    Dated: July 2nd , 2013

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge