IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03201-RPM

GRANGE INSURANCE ASSOCIATION, a Washington corporation,

    Plaintiff,

v.

KEN'S ELECTRIC, LLC, a Colorado limited liability company,

    Defendant.

_____

ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER
_____

After review of the defendant's Unopposed Motion to Modify Scheduling, filed July 18, 2013 [19], it is

ORDERED that the motion is granted and the Scheduling Order [18], entered April 2, 2013, is modified as follows:

1. Defendant shall file its expert witness disclosures no later than August 15, 2013; and

2. Plaintiff shall file any rebuttal expert disclosures on or before August 30, 2013.

Dated: July 19th, 2013

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge