IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03201-RPM

GRANGE INSURANCE ASSOCIATION,

    Plaintiff,

v.

KEN'S ELECTRIC, LLC,

    Defendant.

_____

## ORDER MODIFYING SCHEDULING ODER
_____

Upon review of the unopposed motion to modify the scheduling order [26] filed September 30, 2013, it is,

ORDERED that deadline for the parties to file dispositive motions is extended to and including October 30, 2013.  The request to set a time for filing "pre-trial motions" is denied.

    Dated:   October 1, 2013

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge