IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03201-RPM

GRANGE INSURANCE ASSOCIATION,

    Plaintiff,

v.

KEN'S ELECTRIC, LLC,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the conference today, it is

ORDERED that this matter is set for trial to jury on **September 8, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx .

Dated:   May 16th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge