IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03201-RPM

GRANGE INSURANCE ASSOCIATION,

    Plaintiff,

v.

KEN'S ELECTRIC, LLC,

    Defendant.
_____

ORDER VACATING TRIAL AND SETTING DEADLINE FOR DISMISSAL PAPERS
_____

Pursuant to the Notification of Settlement, filed August 15, 2014 [46], it is

ORDERED that the trial set for September 8, 2014 is vacated and the parties shall file dismissal papers on or before August 29, 2014.

Dated:   August 15th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge