IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03201-RPM

GRANGE INSURANCE ASSOCIATION,

    Plaintiff,

v.

KEN'S ELECTRIC, LLC,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss Complaint with Prejudice [48], it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs.

Dated:   August 29th, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge